**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
C. ANDREW WARINER, BAR NO. 3228.

No. 65507

**FILED**

MAY 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER DENYING PETITION

This is a petition under SCR 114 for reciprocal discipline of attorney C. Andrew Wariner, based on his resignation from the State Bar of Utah with discipline pending. On May 9, 2014, Wariner was disbarred by order of this court. *See In re Discipline of Wariner*, Docket No. 64531 (Order of Disbarment, May 9, 2014). Because Wariner has already been disbarred, based in part on the misconduct reported in this matter, the instant petition is denied as moot.

It is so ORDERED.

_____, C.J.

cc: David A. Clark, Bar Counsel
C. Andrew Wariner
Jeffrey R. Albregts, Chair, Southern Nevada Disciplinary Panel
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, United States Supreme Court

SUPREME COURT
OF
NEVADA

(O) 1947A

14-16063